JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, *v.* NORMANDIE NATIONAL SECURITIES CORPORATION, Appellant, Impleaded with Others.

(Submitted October 2, 1934; decided October 16, 1934.)

*Samuel Poses* for appellant.

*Harold N. Cohen, Arthur Ofner, Warren C. Fielding, Edward Weitz* and *Carl J. Austrian* for respondent.

Order affirmed, with costs, and questions certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.